JUDGE BUCHWALD

OFFICE COPY

08 CV 00422



Michael G. Goldberg (MG-2135)
Anika Lewis (AL-2005)
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Fax: (212) 326-0806
Email: mgoldberg@pryorcashman.com
         alewis@pryorcashman.com

and

Glenn S. Bacal
Frederick M. Cummings
David M. Andersen
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004
Telephone: (602) 262-5911
Fax: (602) 253-3255

Attorneys for Plaintiff The Frank Lloyd Wright Foundation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FRANK LLOYD WRIGHT FOUNDATION, an Arizona not-for-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HAMPTON COURT JEWELERS LTD. d/b/a CELLINI FINE JEWELRY, a New York domestic business corporation,<br><br>Defendant. | Civil Action No.<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, by its attorneys,

Pryor Cashman LLP, hereby certifies that it has no parent corporation, and that no publicly held



corporation owns 10% or more of its stock.

Dated: January 16, 2008
       New York, New York

                                    PRYOR CASHMAN LLP

                              By: _____
                                    Michael G. Goldberg (MG-2135)
                                    Anika Lewis (AL-2005)
                                    410 Park Avenue
                                    New York, New York 10022
                                    Telephone: (212) 421-4100
                                    Fax: (212) 326-0806
                                    Email: mgoldberg@pryorcashman.com

                                            and

                                    Glenn S. Bacal
                                    Frederick M. Cummings
                                    David M. Andersen
                                    JENNINGS, STROUSS & SALMON, P.L.C.
                                    A Professional Limited Liability Company
                                    The Collier Center, 11th Floor
                                    201 East Washington Street
                                    Phoenix, Arizona 85004
                                    Telephone: (602) 262-5911
                                    Fax: (602) 253-3255

                                    Attorneys for Plaintiff The Frank Lloyd Wright
                                    Foundation