Marvin S. Gittes (MG 6112)
Timur E. Slonim (TS 0915)
**MINTZ LEVIN COHN FERRIS**
 **GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York 10017
Tel.:    (212) 692-6800
Fax:    (212) 983-3115

Attorneys for Cellini Hampton Court Jewelers Ltd. d/b/a Cellini Fine Jewelry

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE FRANK LLOYD WRIGHT FOUNDATION, an Arizona not-for-profit corporation, | : : : |
| Plaintiff, | : ECF Case 08-cv-00422 (NRB) : |
| vs. | : **NOTICE OF APPEARANCE** : |
| HAMPTON COURT JEWELERS LTD. d/b/a CELLINI FINE JEWELRY, a New York domestic business corporation, | : : : : |
| Cellinis. | : : |

      PLEASE TAKE NOTICE that Marvin S. Gittes and Timur E. Slonim of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby appear as counsel for Cellini Hampton Court Jewelers Ltd. d/b/a Cellini Fine Jewelry in this action and request that all subsequent papers be served upon this firm at the address indicated below.

Please add the following to the service list for this proceeding:

        Marvin S. Gittes (MG-6112)
        Timur E. Slonim (TS- 0915)
        c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
        666 Third Avenue
        New York, New York
        Tel.: (212) 692-6800
        Fax: (212) 983-3115

Dated: New York, New York
       March 24, 2008

                **MINTZ LEVIN COHN FERRIS**
                **GLOVSKY & POPEO, P.C.,**

            By:   /s/ MARVIN S. GITTES
                  Marvin S. Gittes (MG-6112)
                  Timur E. Slonim (TS-0915)
                  666 Third Avenue
                  New York, New York
                  Tel.: (212) 692-6800
                  Fax: (212) 983-3115
                  E-mail:msgittes@mintz.com
                       tslonim@mintz.com

                  *Attorneys for Cellini*
                  *Hampton Court Jewelers Ltd.*
                  *d/b/a Cellini Fine Jewelry*

OF COUNSEL:

Geri L. Haight, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
Tel.:   (617) 542-6000
Fax:   (617) 542-2241

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2008, a copy of the **NOTICE OF APPEARANCE, RULE 7.1 DISCLOSURE STATEMENT and CELLINI'S ANSWER** was served upon the following counsel of record by electronic mail:

**Anika Lewis**
**Michael Glenn Goldberg**
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022
(212) 326-0129
Fax: (212) 798-6939
Email: alewis@pryorcashman.com

/s/ MARVIN S. GITTES