Marvin S. Gittes (MG-6112)
Timur E. Slonim (TS-0915)
**MINTZ LEVIN COHN FERRIS
 GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York 10017
Tel.:   (212) 692-6800
Fax:   (212) 983-3115

*Attorneys for Cellini Hampton Court Jewelers Ltd. d/b/a Cellini Fine Jewelry*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE FRANK LLOYD WRIGHT FOUNDATION, an Arizona not-for-profit corporation, | : : : ECF Case 08-cv-00422 (NRB) |
| Plaintiff, | : : |
| vs. | : **RULE 7.1 DISCLOSURE** : **STATEMENT** : |
| HAMPTON COURT JEWELERS LTD. d/b/a CELLINI FINE JEWELRY, a New York domestic business corporation, | : : : : |
| Cellinis. | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Cellini HAMPTON COURT JEWELERS LTD. d/b/a CELLINI FINE JEWELRY ("Cellini") hereby states that Cellini has no parent corporation and no publicly held corporation owns more than 10% of its stock.

|  |  |
|---|---|
| Dated: New York, New York<br>        March 24, 2008 | **MINTZ LEVIN COHN FERRIS<br>  GLOVSKY & POPEO, P.C.,** |

                                    By:   /s/ MARVIN S. GITTES
                                               Marvin S. Gittes (MG-6112)
                                               Timur E. Slonim (TS-0915)
                                               666 Third Avenue
                                               New York, New York
                                               Tel.: (212) 692-6800
                                               Fax: (212) 983-3115
                                               E-mail: msgittes@mintz.com
                                                                tslonim@mintz.com

                                               Attorneys for Cellini Hampton Court
                                               Jewelers Ltd. d/b/a Cellini Fine Jewelry

OF COUNSEL:

Geri L. Haight, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
Tel.:   (617) 542-6000
Fax:   (617) 542-2241

21