Michael G. Goldberg (MG-2135)
Anika Lewis (AL-2005)
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Fax: (212) 326-0806
Email: mgoldberg@pryorcashman.com

and

Glenn S. Bacal
Frederick M. Cummings
David M. Andersen
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004
Telephone: (602) 262-5911
Fax: (602) 253-3255

Attorneys for Plaintiff The Frank Lloyd Wright Foundation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FRANK LLOYD WRIGHT FOUNDATION, an Arizona not-for-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HAMPTON COURT JEWELERS LTD. d/b/a CELLINI FINE JEWELRY, a New York domestic business corporation,<br><br>Defendant. | No. 1:08-cv-00422-NRB<br><br>ECF Case<br><br>**WAIVER OF PROCESS AND ACCEPTANCE OF SERVICE** |

3120345v1(55504.14)

STATE OF NEW YORK )
                  )ss:
County of New York )

Marvin S. Gittes, Esq., being first duly sworn up his oath, deposes and says:

1. I am counsel for Defendant Hampton Court Jewelers Ltd. d/b/a Cellini Fine Jewelry ("Defendant") and am duly authorized to accept service of the Summons and Complaint.

2. I have received two copies of the Complaint in this action.

3. On behalf of Defendant, I hereby waive any formal service of the Summons and Complaint.

3. I agree that this action may proceed against Defendant as though Defendant had been personally served within the State of New York.

4. I understand that this Acceptance does not constitute an appearance and that Defendant retains any defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

DATED this 4ͭʰ day of ~~January~~ FEBRUARY, 2008.

By: _____
Marvin S. Gittes, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Chrysler Center
666 Third Ave.
New York, NY 10017

SUBSCRIBED AND SWORN TO before me this 4ᵗʰ day of ~~January~~ February, 2008.

SYLVIA A. BELARDO
Notary Public, State of New York
No. 01BE6015783
Qualified in New York County
Commission Expires November 9, 20 10

NOTARY PUBLIC

MY COMMISSION EXPIRES ON: 11/9/2010

2

3120345v1(55504.14)

JUDGE BUCHWALD

ORIGINAL

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

The Frank Lloyd Wright Foundation, an Arizona
not-for-profit corporation,

V.

Hampton Court Jewelers Ltd. d/b/a Cellini Fine
Jewelry, a NewYork domestic business corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 00422

TO: (Name and address of Defendant)

Hampton Court Jewelers Ltd. d/b/a Cellini Fine Jewelry
301 Park Avenue
New York, New York 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael G. Goldberg
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                JAN 1 6 2008

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                            *Signature of Server*

                                             _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.