Marvin S. Gittes (MG 6112)
Timur E. Slonim (TS 0915)
**MINTZ LEVIN COHN FERRIS**
 **GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York 10017
Tel.:    (212) 692-6800
Fax:    (212) 983-3115

Attorneys for Cellini Hampton Court Jewelers Ltd. d/b/a Cellini Fine Jewelry

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE FRANK LLOYD WRIGHT FOUNDATION, : an Arizona not-for-profit corporation, : : | |
|     Plaintiff, : : | ECF Case 08-cv-00422 (NRB) |
|     vs. : : | **NOTICE OF APPEARANCE** |
| HAMPTON COURT JEWELERS LTD. d/b/a CELLINI FINE JEWELRY, a New York domestic : business corporation, : : | |
|     Cellinis. : | |

      PLEASE TAKE NOTICE that Timur E. Slonim of the law firm of Mintz, Levin,

Cohn, Ferris, Glovsky and Popeo, P.C. hereby appear as counsel for Cellini Hampton

Court Jewelers Ltd. d/b/a Cellini Fine Jewelry in this action and request that all

subsequent papers be served upon this firm at the address indicated below.

Please add the following to the service list for this proceeding:

Timur E. Slonim (TS- 0915)
c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue
New York, New York
Tel.:  (212) 692-6800
Fax:  (212) 983-3115

Dated: New York, New York
      March 25, 2008

**MINTZ LEVIN COHN FERRIS**
**GLOVSKY & POPEO, P.C.,**

By:    /s/ TIMUR E. SLONIM
      Timur E. Slonim (TS-0915)
      666 Third Avenue
      New York, New York
      Tel.:  (212) 692-6800
      Fax:  (212) 983-3115
      E-mail:tslonim@mintz.com

      *Attorneys for Cellini*
      *Hampton Court Jewelers Ltd.*
      *d/b/a Cellini Fine Jewelry*

OF COUNSEL:

Geri L. Haight, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
Tel.:    (617) 542-6000
Fax:    (617) 542-2241