Michael G. Goldberg (MG-2135)
Anika Lewis (AL-2005)
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Fax: (212) 326-0806
Email: mgoldberg@pryorcashman.com
       alewis@pryorcashman.com



*Of counsel:*

Glenn S. Bacal
Frederick M. Cummings
David M. Andersen
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004
Telephone: (602) 262-5911
Fax: (602) 253-3255

Attorneys for Plaintiff The Frank Lloyd Wright Foundation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FRANK LLOYD WRIGHT FOUNDATION, an Arizona not-for-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HAMPTON COURT JEWELERS LTD. d/b/a CELLINI FINE JEWELRY, a New York domestic business corporation, <br><br> Defendant. | Index No. 08 cv. 00422 (NRB) <br><br> ECF Case <br><br><br> **ORDER OF ADMISSION** <br> ***PRO HAC VICE* OF DAVID MARK** <br> **ANDERSEN** |

    Upon the motion of Michael G. Goldberg, attorney for Plaintiff, The Frank Lloyd Wright Foundation, and said sponsor attorney's affidavit in support thereof and the declaration of David Mark Andersen,

IT IS HEREBY ORDERED, that David Mark Andersen, an associate of the law firm of Jennings, Strouss & Salmon, P.L.C., The Collier Center, 11th Floor, 201 East Washington Street, Phoenix, Arizona 85004, is admitted to practice *pro hac vice* to argue or try this particular case in whole or in part as counsel on behalf of Plaintiff in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
March 3, 2008
April

_____
Hon. Naomi R. Buchwald, U.S.D.J.