Michael G. Goldberg (MG-2135)
Anika Lewis (AL-2005)
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Fax: (212) 326-0806
Email: mgoldberg@pryorcashman.com

    and

Glenn S. Bacal (admitted *pro hac vice*)
HOLME ROBERTS & OWEN LLP
16427 N. Scottsdale Rd., Suite 300
Scottsdale, Arizona 85254
Telephone: (480) 624-4500
Fax: (480) 624-4599
Email: glenn.bacal@hro.com

Attorneys for Plaintiff The Frank Lloyd Wright Foundation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FRANK LLOYD WRIGHT FOUNDATION, an Arizona not-for-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>HAMPTON COURT JEWELERS LTD. d/b/a CELLINI FINE JEWELRY, a New York domestic business corporation,<br><br>    Defendant. | Civil Action No. 08-CV-00422 (NRB)<br><br>ECF Case<br><br>**Notice of Change of Law Firm and Address** |

    Notice is hereby given to the Court and all counsel that Glenn Spencer Bacal (admitted *pro hac vice*), previously of Jennings, Strouss & Salmon, P.L.C., is now associated with the law offices of Holme Roberts & Owen, LLP. Effective immediately please submit all further paperwork in this matter to:

#1329064 v1

Glenn Spencer Bacal
Holme Roberts & Owen LLP
16427 North Scottsdale Road
Suite 300
Scottsdale, Arizona 85254-1597
Telephone: (480) 624-4510
Email: glenn.bacal@hro.com


Dated: New York, New York
       May 1, 2008

                        By:   /s/ Michael G. Goldberg
                             Michael G. Goldberg (MG-2135)
                             Anika Lewis (AL-2005)
                             PRYOR CASHMAN LLP
                             410 Park Avenue
                             New York, New York 10022
                             Telephone: (212) 421-4100
                             Fax: (212) 326-0806
                             Email: mgoldberg@pryorcashman.com

                             and

                             Glenn S. Bacal (admitted *pro hac vice*)
                             HOLME ROBERTS & OWEN LLP
                             16427 N. Scottsdale Road, Suite 300
                             Scottsdale, Arizona 85254-1597
                             Telephone: (480) 624-4510
                             Fax: (480) 624-4599

                             Attorneys for Plaintiff The Frank Lloyd Wright
                             Foundation

#1329064 v1

## Certificate of Service

The undersigned hereby certifies that on May 1, 2008, a copy of the foregoing was electronically transmitted to the Clerk's Office of the United States District Court for the Southern District of New York and to the following counsel of record by electronic mail:

Marvin S. Gittes
Timur E. Slonim
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, New York 10017
Tel: (212) 935-3000
Fax: (212) 983-3115
e-mail: mgittes@mintz.com
         tslonim@mintz.com

/s/ Michael G. Goldberg

#1329064 v1