AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE June 2, 2008 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER  DAVID POLAK | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Venetian Resort Hotel Casino 3355 Las Vegas Blvd. Las Vegas, Nevada, 89109

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 2, 2008
              Date                Signature of Server

22 W 48th Street, Ste 1009 - New York, NY 10036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

PLAINTIFF
    THE FRANK LLOYD WRIGHT FOUNDATION,
    an Arizona not-for-profit corporation,

V. DEFENDANT AND THIRD PARTY PLAINTIFF

    HAMPTON COURT JEWELERS LTD. d/b/a
    CELLINI FINE JEWELRY,
    a New York domestic business corporation,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number:  08 CV 00422 (NRB)

V. THIRD PARTY DEFENDANT
    Bagues-Masriera, S.A.,
    a corporation domiciled in Spain

To: Name and address of Third Party Defendant
    Bagues-Masriera, S.A.
    Consell de Cent, 331 pral.
    08007 Barcelona

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Michael G. Goldberg, Esq. (MG-2135)<br>Anika Lewis, Esq. (AL-2005)<br>PRYOR CASHMAN LLP<br>410 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 421-4100<br>Fax:     (212) 326-0806 | Marvin S. Gittes (MG-6112)<br>Timur E. Slonim (TS-0915)<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br> AND POPEO, P.C.<br>666 Third Avenue<br>New York, NY 10017<br>Telephone: (212) 935-3000<br>Fax:     (212) 983-3115 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _____[signature]_____    DATE  APR 0 3 2008

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      *Date*                          *Signature of Server*

                                                     _____
                                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.