```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
FRANK LLOYD WRIGHT FOUNDATION,

                Plaintiff,

    - against -

HAMPTON COURT JEWELERS D/B/A CELLINI
FINE JEWELRY

                Defendant,

    - against -

BAGUES-MASRIERA, S.A.

       Third-Party Defendant.
---------------------------------X

O R D E R

08 Civ. 422 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
            June 26, 2008

                                            _____
                                                NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Glenn S. Bacal, Esq.
Holme Roberts & Owen LLP
16427 N. Scottsdale Road, Suite 300
Scottsdale, AZ  85254

**Attorney for Defendant**
Marvin S. Gittes, Esq.
Mintz Levin Cohen Ferris Glovsky and Poppeo, P.C.
666 Third Avenue
New York, NY  10017

**Attorney for Third-Party Defendant**
Craig S. Mende, Esq.
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY  10017