Michael G. Goldberg (MG 2135)
**PRYOR CASHMAN LLP**
410 Park Avenue
New York, New York 10022
Tel.:   (212) 421-4100
Fax:   (212) 326-0806
Email: mgoldberg@pryorcashman.com

Glenn S. Bacal
**HOLME ROBERTS & OWEN, LLP**
16427 N. Scottsdale Rd., Suite 300
Scottsdale, AZ 85254-1597
Tel.:   480.624.4510
Fax:   480.624.4599
Email: glenn.bacal@hro.com

*Attorneys for The Frank Lloyd Wright Foundation*

Marvin Gittes (MG 6112)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
666 Third Avenue
New York, New York 10017
Tel.:   (212) 935-3000
Fax:   (212) 983-3115
Email: mgittes@mintz.com
*Attorneys for Hampton Court Jewelers Ltd. d/b/a Cellini Fine Jewelry*

Craig S. Mende (CM 3906)
**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
866 United Nations Plaza
New York, New York 10017
Tel.:   (212) 813-5900
Fax:   (212) 813-5901
Email: cmende@frosszelnick.com
*Attorneys for Bagués-Masriera, S.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

THE FRANK LLOYD WRIGHT FOUNDATION,

    Plaintiff,

  v.

HAMPTON COURT JEWELERS LTD.
D/B/A CELLINI FINE JEWELRY,

    Defendant.

---------------------------------------------------------------x

HAMPTON COURT JEWELERS LTD.
D/B/A CELLINI FINE JEWELRY,

    Third Party Plaintiff,

  v.

BAGUÉS-MASRIERA, S.A.,

    Third Party Defendant.

---------------------------------------------------------------x

Case No. 08 CV 00422 (NRB)

**STIPULATED PERMANENT INJUNCTION AGAINST HAMPTON COURT JEWELERS LTD. D/B/A CELLINI FINE JEWELRY**

**AND**

**DISMISSAL OF THIRD PARTY COMPLAINT AGAINST BAGUES-MASRIERA, S.A. WITH PREJUDICE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

{F0303711.6}

This Action, having been commenced by plaintiff The Frank Lloyd Wright Foundation ("Plaintiff") by filing a complaint against defendant Hampton Court Jewelers, Ltd. d/b/a Cellini Fine Jewelry ("Defendant") asserting claims of, *inter alia*, copyright and trademark infringement, unfair competition and violation of Frank Lloyd Wright's right of publicity arising out of the promotion, sale and distribution of jewelry in the VITRALLS jewelry collection (the "VITRALLS Collection") in association with the designation "Wright Stuff";

Defendant having been duly and properly served with a copy of the summons and complaint in this Action and having filed and served an answer denying all allegations of wrongdoing;

Defendant having agreed to withdraw with prejudice its third party complaint herein against Bagues-Masriera, S.A.;

This Court having jurisdiction over the subject matter of this Action; and

The parties having resolved Plaintiff's monetary claims and other matters in a separate confidential settlement agreement pursuant to which this Stipulation is being made, and desiring to fully resolve the disputes between them without further litigation and without any admission of wrongdoing by Defendant;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, and ORDERED AND ADJUDGED, as follows:

1.    Defendant and its officers, agents, servants, employees, attorneys, licensees and assigns, and anyone in active concert or participation with any of the foregoing, are hereby permanently enjoined from:

(a) Any knowing unauthorized use of the designation "Wright Stuff" or the trademarks FRANK LLOYD WRIGHT & Design (subject of federal Registration No. 1.022,648), FRANK LLOYD WRIGHT (Stylized) (subject of federal Registration No. 1,545,400), FRANK LLOYD WRIGHT COLLECTION (subject of federal Registration No. 2,621,370), FRANK LLOYD WRIGHT COLLECTION & Design (subject of federal Registration No. 2,621,369), or any other trademark known to Defendant that indicates approval by or affiliation with Plaintiff;

(b) Any known unauthorized reproduction, distribution or sale of pieces in the VITRALLS Collection, which was the name of the collection sold in 2006 and 2007 by Defendant; and

(c) Any known unauthorized reproduction, distribution or sale of any works authored by Frank Lloyd Wright in which Plaintiff owns subsisting U.S. copyrights.

Nothing herein will prohibit Cellini from using the formatives Frank, Lloyd and/or Wright individually (other than to refer to Frank Lloyd Wright or Plaintiff) with sufficient separation to avoid an impression that such formatives are linked.

2. Defendant's third party complaint herein against Bagues-Masriera, S.A. is hereby dismissed with prejudice.

3. Plaintiff's claim for monetary and other non-injunctive relief and all other remaining issues in this action having been resolved by the parties pursuant to a separate confidential settlement agreement, the Court hereby directs entry of final judgment for injunctive relief against Defendant in accordance with the terms of this Order, and this action is otherwise dismissed with prejudice to the extent (if any) that there are any claims not finally determined by the confidential settlement agreement and the foregoing terms of this Order.

4. The Court shall retain jurisdiction over Defendant to construe and enforce this Stipulation.

5. The parties shall bear their own costs and attorney's fees.

Dated: New York, New York
July 12, 2008

SO ORDERED:

_____
United States District Judge

STIPULATED AND AGREED BY:

**HAMPTON COURT JEWELERS LTD.**
**D/B/A CELLINI FINE JEWELRY**

By: _____
Marvin Gittes (MG 6112)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY and POPEO, P.C.
666 Third Avenue
New York, New York 10017
Tel.:  (212) 935-3000
Fax:  (212) 983-3115
Email: mgittes@mintz.com

*Attorneys for Hampton Court Jewelers Ltd.*
*d/b/a Cellini Fine Jewelry*

**BAGUÉS-MASRIERA, S.A.**

By: _____
Craig S. Mende (CM 3906)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel.:  (212) 813-5900
Fax:  (212) 813-5901
Email: cmende@frosszelnick.com

*Attorneys for Bagués-Masriera, S.A.*

**THE FRANK LLOYD WRIGHT**
**FOUNDATION**

By: _____
Michael G. Goldberg (MG 2135)
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Tel.:  (212) 421-4100
Fax:  (212) 326-0806
Email: mgoldberg@pryorcashman.com

Glenn S. Bacal
HOLME ROBERTS & OWEN, LLP
16427 N. Scottsdale Rd., Suite 300
Scottsdale, AZ 85254-1597
Tel.:  480.624.4510
Fax:  480.624.4599
Email: glenn.bacal@hro.com

*Attorneys for The Frank Lloyd Wright Foundation*